IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHERRIE SANDERSON,

    Plaintiff,

v.    No. CIV 15-0849 LF/LAM

DESERT HILLS OF NEW MEXICO, et al.,

    Defendants.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte*. Plaintiff filed her Complaint in this case on September 23, 2015. [*Doc. 1*]. The docket reflects that summonses were issued to Defendants Acadia Healthcare, Inc., Desert Hills of New Mexico, and Maria Santillanes on November 23, 2015, and that Defendants Acadia Healthcare, Inc. and Desert Hills of New Mexico each filed answers on January 25, 2016. *See* [*Docs. 9* and *10*].[1] Defendant Maria Santillanes, however, has not yet filed an Answer or other responsive pleading. Under the Local Rules of this Court, "[a] civil action may be dismissed if, for a period of ninety (90) days, no steps are taken to move the case forward." D.N.M. LR-Civ. 41.1. The last activity in this case related to Defendant Santillanes was on November 23, 2015.

**IT IS THEREFORE ORDERED** that, **within thirty (30) days of the entry of this Order**, this case will be dismissed without prejudice as to Defendant Santillanes unless Plaintiff shows good cause for failing to move the case forward as to this Defendant.

---

[1] The Court notes that Plaintiff voluntarily dismissed Defendant Acadia Healthcare, Inc. on February 2, 2016. *See* [*Doc. 13*].

IT IS SO ORDERED.

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**