IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SHERRIE SANDERSON,

    Plaintiff,

v.                                                                          No. CV 15-849 JCH/KRS

DESERT HILLS OF NEW MEXICO, et al.,

    Defendants.

## ORDER VACATING SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court on review of the record. On October 3, 2017, the parties filed a *Joint Stipulation of Dismissal With Prejudice*, (Doc. 58).

**IT IS THEREFORE ORDERED** that the Status Conference set for October 10, 2017, at 3:00 p.m., and the Settlement Conference scheduled for October 17, 2017, before Magistrate Judge Carmen E. Garza are hereby **VACATED**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE